## STEREO SHOP, INC. *v.* IVAN IVANOFF
## (AC 18113)

O'Connell, C. J., and Lavery and Hennessy, Js.

Argued May 27—officially released June 29, 1999

Per Curiam. The judgment is affirmed.

## MORRIS SILVERSTEIN ET AL. *v.* RICHARD B. LASCHEVER, ADMINISTRATOR (ESTATE OF ESTHER S. SILVERSTEIN), ET AL.
## (AC 18049)

O'Connell, C. J., and Landau and Sullivan, Js.

Argued June 2—officially released June 29, 1999

Per Curiam. The judgment is affirmed.

## NANNETTE D'APICE *v.* MICHAEL D'APICE
## (AC 18370)

Foti, Lavery and Landau, Js.

Argued June 8—officially released June 29, 1999

Per Curiam. The judgment is affirmed.